AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ANDREW NAULT AND JODY NAULT, husband and wife, and the marital community composed thereof,
*Plaintiff*
v.

UNITED STATES OF AMERICA,
*Defendant*

Civil Action No. 1:21-CV-3050-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☑ **other**: Pursuant to the parties' stipulation and Fed. R. Civ. P. 41(a)(1)(B), Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE

on the parties' Stipulated Motion to Dismiss (ECF No. 22).

Date: August 16, 2022

*CLERK OF COURT*

SEAN F. McAVOY

B. Fortenberry
*(By) Deputy Clerk*

B. Fortenberry